# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

SHEILA RAY,

    Plaintiff,

v.                                                                  Case No. 2:22-cv-02537-MSN-atc
                                                                                JURY DEMAND

LANE COLLEGE,

    Defendant.

## ORDER TRANSFERRING CASE TO EASTERN DIVISION

On February 3, 2023, Defendant filed a Motion to Dismiss Plaintiff's Complaint on several grounds, including Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 4(m).  (ECF No. 9 at PageID 21.) In the alternative, Defendant asked the Court to transfer this matter to the Eastern Division of the Western District of Tennessee.  (*Id.*)  Among her other responses to Defendant's Motion to Dismiss, Plaintiff agreed that venue would be proper in the Eastern Division and did not challenge Defendant's request in this regard.  (ECF No. 11 at PageID 33.)

The Western District of Tennessee is comprised of two divisions set forth in 28 U.S.C. § 123(c) and Local Rule 3.3(a).  Relevant here, Madison County is part of the Eastern Division.  28 U.S.C. § 123(c)(1); LR 3.3(a).  The Local Rules further provide the following regarding the division in which actions are to be filed:

> (b) Actions shall be commenced in the division of the District Court set forth in 28 U.S.C. § 123, as follows:
>
> . . . .

> (1) A civil action against a single defendant residing in the District may be brought in either the division where the defendant resides, or in the division in which the claim arose or the event complained of occurred.

Local Rule 3.3(b)(1).

Here, the Defendant resides in the Eastern Division, and the events underlying the claims in this matter occurred in the Eastern Division. Pursuant to Local Rule 3.3(c), the Court exercises its discretion to transfer this case to the Eastern Division for the convenience of the Court, parties, witnesses, and in the interest of justice. Accordingly, the Clerk is hereby **DIRECTED** to transfer this matter to the Eastern Division of the U.S. District Court for the Western District of Tennessee.

**IT IS SO ORDERED**, this 26th day of April 2023.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE