# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

SHEILA RAY,

    Plaintiff,

v.                                               Case No. 2:22-cv-02537-MSN-atc
                                                   JURY DEMAND

LANE COLLEGE,

    Defendant.

---

## ORDER DIRECTING CLERK TO REASSIGN CASE
---

In accordance with the Order Directing Clerk to Transfer Case to Eastern Division, (ECF No. 13), this Court hereby returns this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED**, this 27th day of April 2023.

                                                   *s/ Mark S. Norris*
                                                   MARK S. NORRIS
                                                   UNITED STATES DISTRICT JUDGE